Frederick H. Strauss et al., Appellees, v. Sol Boris and Ralph Boris, Trading as Boris Bros., Appellants.

Gen. No. 44,894.

Wind, Wind & Canan, for appellant; Albert A. Wind, of counsel; Samuel J. Andalman, for appellees; Sheldon O. Collen, of counsel. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed January 23, 1950; released for publication February 3, 1950.

Max Chizewski and Pauline Chizewski, Appellees, v. Lillian Potter, Administratrix of Estate of Hannah Barnett, Deceased, and William E. Decker, Appellants.

Gen. No. 44,850.

Clarence W. Shaver, for appellants; Louis E. Levinson, of counsel; Wayne & LeVine, for appel-

lees; Edward LeVine, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed January 23, 1950; released for publication February 3, 1950.

Hiram Walker Distributing Company, Appellee, v. Joseph Giacone and Winifred Giacone, Trading as Lincoln Wine & Liquors, Appellants. Appeal of Winifred Giacone, Appellant.

Gen. No. 44,877.

Irving G. Zazove and Edward L. Kerpec, for appellant; Irving G. Zazove, of counsel; no appearance, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed January 23, 1950; released for publication February 3, 1950.

Louise Arbuckle, Appellee, v. Lillian Sitek and John Sitek, Appellants.

Gen. No. 44,957.